**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CHRISTOPHER D. LYONS                                                    PLAINTIFF

V.                                  4:04CV002303 JTR

CITY OF CONWAY, ARKANSAS, ET AL.                          DEFENDANTS

## JUDGMENT

By consent of the parties, this case was tried before the Court on June 10, 2008. Plaintiff was present and represented by Mr. David O. Bowden. Defendant was present and represented by Mr. Michael Allen Mosley. At the conclusion of the trial, the Court took the matter under advisement.

Consistent with the Findings of Fact and Conclusions of Law entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment be entered in favor of Defendant, and that Plaintiff's claims, in their entirety, be DISMISSED, WITH PREJUDICE.

Dated this 16th day of June, 2008.

_____
UNITED STATES MAGISTRATE JUDGE